**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAVID MULLINS,

    Plaintiffs,

**v.**

    Civil No. **04-72966**

JOHN E. POTTER,
POSTMASTER GENERAL
OF THE UNITED STATES,

    JOHN CORBETT O'MEARA

    Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE MAJZOUB'S**
**OCTOBER 6, 2005 ORDER**

    The Court having reviewed the Magistrate Judge's order, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

    **IT IS ORDERED** that the Court affirms Magistrate Judge Majzoub's order granting plaintiff's motion to compel deposition of Chuck Quinn.

                                                  s/John Corbett O'Meara
                                                  John Corbett O'Meara
                                                  United States District Judge

Dated: November 2, 2005